

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-14-00581-CV

Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc., f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company,, Appellants

v.

Tom **HALL**, et al., Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03086
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

On September 18, 2014, this court received a motion to abate this appeal pending the outcome of a mandamus proceeding. On May 13, 2015, we ordered the appeal abated pending the resolution of the mandamus proceeding. The Texas Supreme Court has subsequently issued an opinion in the mandamus proceeding.

Therefore, we order the parties to file, on or before **January 3, 2018**, a response in this court addressing whether the abatement should be lifted and the appeal reinstated on the docket of this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court